IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Binh Nguyen,<br><br>           Plaintiffs,<br><br>vs.<br><br>Eric H. Holder, Jr., et al.,<br><br>           Defendants. | No. CV 11-295-TUC-FRZ (GEE)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Glenda E. Edmonds that recommends granting Defendants' motion to dismiss. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Edmonds' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Edmonds' Report and Recommendation (Doc. 33) is accepted and adopted.

(2) Defendants' motion to dismiss (Doc. 20) is granted.

(3) This case is dismissed and the Clerk of the Court shall enter judgment.

DATED this 21st day of May, 2012.

_____
Frank R. Zapata
Senior United States District Judge

- 2 -